UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

ERIC J. WILLIAMS,

Plaintiff,

v. Case No. 2:26-cv-2922-SPC-KRH

SERGEANT JOSHUA LONGNECKER, SERGEANT ROYER, and MAJOR JOHN DOE,

Defendants.

---

# ORDER

This is a civil rights case brought pursuant to 42 U.S.C. § 1983 by Eric J. Williams, a Florida state prisoner acting *pro se*. (Doc. 1). Reviewing the complaint, docketed on November 2, 2026, the Court finds that Williams has sued the same defendants and has raised allegations and claims that he has included another pending action he recently filed earlier in this Court. *See Williams v. Longnecker*, *et al.*, No. 2:26-cv-2777-KCD-KRH, Doc. 1 (M.D. Fla. Oct. 9, 2026) (the '2777 case). The Court **DIRECTS** the Clerk to file the complaint in the instant case as an amended pleading in the '2777 case and also to file all pending motions in this case in the '2777 case. The Court further **DIRECTS** the Clerk to close this case as duplicative of the '2777 case.

**DONE** and **ORDERED** in Fort Myers, Florida on November 11, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

SA: FTMP-3
Copies: All Parties of Record